FORM 8.  Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

LEXMARK INTERNATIONAL _____ v. IMPRESSION PRODUCTS, INC. _____

No. 2014-1617

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se          ☑ As counsel for:     Conejo Valley Bar Association _____
                                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☑ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant          ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | M. Kala Sarvaiya |
| Law firm: | SoCal IP Law Group LLP |
| Address: | 310 N. Westlake Blvd., Suite 120 |
| City, State and ZIP: | Westlake Village, CA 91362 |
| Telephone: | (805) 230-1350 |
| Fax #: | (805) 230-1355 |
| E-mail address: | ksarvaiya@socalip.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): March 2, 2007 _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| June 19, 2015 | M. Kala Sarvaiya |
|---|---|
| Date | Signature of pro se or counsel |

cc: _____

123

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 19th day of June, 2015, I caused this Entry of Appearance to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Edward F. O'Connor, I
Avyno Law, P.C.
6345 Balboa Boulevard, Suite 190
Encino, California 91316
(949) 291-2894
eoconnor@avynolaw.com

*Counsel for Defendant – Appellant*

Timothy Colin Meece
Audra Carol Eidem Heinze
Bryan Medlock, Jr.
Jason Steven Shull
Banner & Witcoff, Ltd.
Ten South Wacker Drive
Chicago, Illinois 60606
(312) 463-5420
tmeece@bannerwitcoff.com
aheinze@bannerwitcoff.com
bmedlock@bannerwitcoff.com
jshull@bannerwitcoff.com

Benjamin Beaton
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
bbeaton@sidley.com

Steven B. Loy
STOLL, KEENON & PARK, LLP
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507
(859) 231-3000
steven.loy@skofirm.com

Constantine L. Trela, Jr.
SIDLEY AUSTIN LLP
Bank One Plaza
1 South Dearborn Street
Chicago, Illinois  60603
(312) 853-7000
ctrela@sidley.com

*Counsel for Plaintiff – Cross-Appellant*

Any counsel for Amici Curiae appearing at the time of this filing will be

served via the email notice from the CM/ECF system.

/s/ M. Kala Sarvaiya
*Counsel for Amicus Curiae*