# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 22, 2016

Clerk
United States Court of Appeals for the Federal
Circuit
717 Madison Place, NW
Room 401
Washington, DC  20439

    Re:  Impression Products, Inc.
         v. Lexmark International, Inc.
         No. 15-1189
         (Your No. 2014-1617, 2014-1619)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 21, 2016 and placed on the docket March 22, 2016 as No. 15-1189.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst